CASE 0:25-cr-0‿‿97-JWB-SGE    Doc. 1    Filed 04/2‿.‿‿    Page 1 of 2

KCSW

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

UNITED STATES OF AMERICA

v.

ROBERT JAMES LEVI

Case No. 25-mj-233(DJF)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### COUNT 1

From February 24, 2022 to February 10, 2025 in Hennepin County, in the State and District of Minnesota, defendant attempted to and did use the mail or any facility or means of interstate or foreign commerce to knowingly persuade, induce, entice, or coerce Minor Victim 1, who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense; all in violation of Title 18, United States Code, Sections 2422(b) and 2427.

### COUNT 2

from at least March 14, 2024 to February 10, 2025 in Hennepin County, in the State and District of Minnesota, defendant, having previously been convicted under the laws of the state of Minnesota with a crime involving abusive sexual contact involving a minor, attempted to and did employ, use, persuade, induce, entice, and coerce Minor Victim 1, who was then fourteen to fifteen years old, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce, transported in and affecting interstate and foreign commerce, and was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; all in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 3

At all times relevant to Count 2, the defendant, being required by the laws of the State of Minnesota to register as a sex offender, did commit a violation of Title 18, United States Code, Sections 2251(a) and (e); all in violation of Title 18, United States Code, Section 2260A.

CASE 0:25-cr-00197-JWB-SGE    Doc. 1    Filed 04/22/25    Page 2 of 2

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the

following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via Zoom and email
pursuant to Fed. R. Crim. P. 41(d)(3)

Special Agent Matthew Vogel
Federal Bureau of Investigation
*Printed name and title*

Date:    April 22, 2025

*Judge's Signature*

City and State: Minneapolis, MN

Hon. Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*