# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>ROBERT JAMES LEVI,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br><br>Case No:        25-CR-197(1) JWB/SGE<br>Date:            March 31, 2026<br>Court Reporter: Lori Morrow<br>Courthouse:    St. Paul<br>Courtroom:      7A<br>Time Commenced: 2:08 PM<br>Time Concluded:   2:55 PM<br>Time in Court:   47 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:      Kristian C.S. Weir, Assistant United States Attorney
    For Defendant:    John L. Fossum, CJA

**x Sentencing.**

IT IS ORDERED:     Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 324 months | | 10 years | | |

x   Special conditions of :   **See J&C for special conditions**
   x   Defendant sentenced to pay:
      x   Special assessment in the amount of $100.00.
      x   Restitution in the amount of $3,000.00.
x   Plea and plea agreement accepted.
x   On Motion of the Gov't., the remaining counts of the Indictment are dismissed.
x   Defendant remanded to the custody of the U.S. Marshal.
x   Docket nos.: 48, 49, 50 shall remain sealed until March 31, 2036.

                                                              _s/D. Dodd_
                                                          Courtroom Deputy